UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WESTERN FLORIDA LIGHTING, INC.,
a Florida corporation,

    Plaintiff,

v.                                           Case No.  8:08-cv-998-T-24-MSS

SESCO LIGHTING, INC.,
a Florida corporation, and
CYNTHIA CHILLEMI,
individually,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court on Defendant Cynthia Chillemi's Response to Motion for Clerk's Default.  (Doc. No. 19).  Defendant Chillemi, who is currently proceeding *pro se* in this matter, seems to ask this Court to grant her an extension of time to respond to Plaintiff's motion for entry of Clerk's default.  The Court notes, however, that the motion to which Defendant Chillemi seeks to file a response was already granted, as the Clerk entered a default against Defendant Chillemi on July 22, 2008.  (Doc. No. 15).  The Court further notes that Plaintiff has filed a motion for final judgment against Defendant Chillemi, to which Defendant Chillemi has yet to file a response.  (Doc. No. 18).  The Court will give Defendant Chillemi to August 19, 2008 to file a response to Plaintiff's motion for final judgment.  Failure to respond to the motion by this date shall result in the Court considering the motion to be unopposed.

    Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Chillemi's request for an extension of time to respond to Plaintiff's motion for entry of Clerk's default is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of August, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendant